UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
GAMEEL ABDULRAHMAN ALI MUWALAD,

        Plaintiff,  :  **ECF CASE**

  v.

                                          08 Civ. 1340 (GBD)

ANDREA QUARANTILLO, et al.,

        Defendants.  :  NOTICE OF APPEARANCE
------------------------------------------------------------ x

TO:    Clerk of Court
          United States District Court
          Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
         February 22, 2008

                                               Respectfully submitted,

                                               MICHAEL J. GARCIA
                                               United States Attorney for the
                                               Southern District of New York

                             By:    /s/                             
                                              SHANE P. CARGO
                                              Assistant United States Attorney
                                              86 Chambers Street, 3rd Floor
                                              New York, New York 10007
                                              Telephone: (212) 637-2711
                                              Facsimile: (212) 637-2786
                                              Email: shane.cargo@usdoj.gov

TO:    Donald H. London, Esq.
          984 North Broadway, Suite 401
          Yonkers, NY 10701