ORIGINAL

DANIELS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 0 1 2008

GAMEEL ABDULRAHMAN AL MUWALAD,

Petitioner,

- against -

ANDREA QUARANTILLO et al.,

Respondents.

Dkt. No. 08 Civ 1340 (GBD)

**STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-captioned action is dismissed with prejudice and without costs or attorney's fees to any party.

New York, New York
March 27, 2008

LAW OFFICES OF DONALD H. LONDON
Attorney for Petitioner

_____
Donald H. London, Esq.
984 North Broadway, Suite 401
Yonkers, New York 10701
Tel. (914) 965-7230
Fax: (914) 965-7237

New York, New York
March 27, 2008

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Respondents

_____
Shane Cargo, Esq.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel. (212) 637-2711
Fax: (212) 637-2786

SO ORDERED:   APR 0 1 2008

_____
Hon. George B. Daniels
United States District Judge

**HON. GEORGE B. DANIELS**         – Page 1 of 1 –                    A99-294-093